NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| MASSACHUSETTS MUTUAL INSURANCE COMPANY, MML INVESTORS SERVICES, INC., | Case No.: 2:10-cv-01565-RLH-RJJ |
| Plaintiffs, | |
| vs. | |
| JAMES WENZL | |
| Defendants. | |

## JUDGMENT BY DEFAULT AGAINST JAMES WENZL

Defendant JAMES WENZL, having been served with the Summons and Complaint, and having failed to appear, plead, answer, or otherwise defend as to the Complaint of Plaintiffs, MASSACHUSETTS MUTUAL INSURANCE COMPANY and MML INVESTORS SERVICES, INC., the legal time having expired and not having been extended; it appearing that said Defendant, JAMES WENZL, is not in the military service of the United States, is not a minor, and is not an incompetent person; and the default of Defendant, JAMES WENZL, having been duly entered according to law; upon an application of Plaintiffs, MASSACHUSETTS MUTUAL INSURANCE COMPANY and MML INVESTORS SERVICES, INC., judgment is

NRR-18941

hereby entered against Defendant, JAMES WENZL, in accordance with the prayer of the Complaint and good cause appearing therefore:

IT IS ORDERED, ADJUDGED, and DECREED, that Plaintiffs, MASSACHUSETTS MUTUAL INSURANCE COMPANY and MML INVESTORS SERVICES, INC., recover of and from Defendant, JAMES WENZL, as follows:

1.  The principal sum of FORTY FIVE THOUSAND DOLLARS ($45,000) for the improper withdrawal/unpaid amount(s) from MassMutual's Agency Operations Account, Nevada State Bank Account No. xxxxxx807;

2.  The principal sum of NINETEEN THOUSAND FIVE HUNDRED SEVENTY-SIX DOLLARS ($19,576.00) for the improper withdrawal/unpaid amount(s) from MassMutual's Agency Housing Account, Nevada State Bank Account No. xxxxxx831;

3.  Interest on the principal amounts, set forth in paragraphs 1 and 2, at the legal rate from the date of this judgment until paid in full, which equals $9.29 per day;

4.  Pre-judgment interest at the legal rate on the unpaid balances from the date the Summons and Complaint was served until the date of this judgment; up to August 24, 2011, the pre-judgment interest that has accrued is $3,121.44 and an additional $9.29 will accrue each additional day until judgment is entered[1]; and

///
///
///
///
///
///

---

[1] The amount of interest is different than that shown in the Request for Entry of Default Judgment due to an inadvertent error in calculating the same. The amounts shown herein are the proper amounts pursuant to NRS 17.130.

NRR-18941

5. Costs of suit in the amount of SIX HUNDRED SIX DOLLARS AND SIX CENTS ($606.06).

DATED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

NRR-18941