# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MASSACHUSETTS MUTUAL INSURANCE COMPANY, MML INVESTORS SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES WENZL, <br><br> Defendant. | Case No.: 2:10-cv-01565-RLH-RJJ <br><br> **O R D E R** <br><br> (Motion for Attorney's Fees–#17) |

      Before the Court is Plaintiff Massachusetts Mutual Insurance Company and Investor Service, Inc.'s (collectively "MassMutual") **Motion for Attorney's Fees** (#17, filed Sept. 9, 2011). Defendant James Wenzl did not respond.

      In this case, MassMutual obtained a default judgment against James Wenzl and, thus, was successful in its litigation against him. Additionally, the contract on which this case was premised between MassMutual and Wenzl included a provision allowing for an award of attorney's fees. (Dkt. #4, Mot. Ex. A, General Agent Contract ¶ 32.) Thus, under NRS § 18.010(1) and the contract, MassMutual is entitled to an award of attorney's fees. Also, pursuant to Local Rule 54-16, MassMutual has provided the Court with a reasonable itemization and

description of work performed, as well as a brief summary of various factors relating to the reasonableness of the fees.  After review of these documents and the requisite factors described in MassMutual's motion, the Court finds the $16,767.00 in attorney's fees reasonable.  Thus, the Court awards MassMutual attorney's fees in the amount of $16,767.00.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that MassMutual's Motion for Attorney's Fees (#17) is GRANTED.  The Court awards attorney's fees in the amount of $16,767.00 to MassMutual.

Dated: January 6, 2012.

_____
**ROGER L. HUNT
United States District Judge**

AO 72
(Rev. 8/82)