AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Massachusetts Mutual Insurance Company et al

Plaintiffs,

V.

James Wenzl

Defendant.

**JUDGMENT IN A CIVIL CASE**

ATTORNEYS FEES

Case Number: 2:10-CV-1565 RLH-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that MassMutual's Motion for Attorney's Fees is GRANTED. The Court awards attorney's fees in the amount of $16,767.00 to MassMutual.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

January 9, 2012
DATE